Good morning, Your Honor. I'm Michael Reitz on behalf of the defendant, Appellant Patricia Tiernan. Good morning, Your Honor. I'm John Dulo on behalf of Mr. Eisner. All right. How much time do you want for rebuttal? Five minutes, Your Honor. Okay. All right. Let's proceed. Judge, should I proceed first? I am the appellee, but... The appellant goes first, always. All right, Judge. Thank you. All right. This is an unusual occasion. No matter how unusual it may be, that's what we do, and we've done it for generations, and generations way before you and me were ever born. All right. Let's proceed. May it please the Court, Counsel, Your Honors, good afternoon, or good morning. My name is Michael Reitz. As I indicated, I represent the defendant. This matter is before this Court on a very limited appeal. It is under Supreme Court Rule 308. Basically, it is a certified question of law that we are asking this Court basically to decide. That certified question is whether refiling a complaint in a previously dismissed lawsuit, as opposed to filing a new action, satisfies the language of 735 ILCS 5-13-217, which states a plaintiff may commence a new action after the case is voluntarily dismissed pursuant to 735 ILCS 5-2-1009. Okay. I'm not going to go through the procedural history based upon the time constraints. But obviously, what ended up happening was this case was voluntarily dismissed by the trial court back on May 18, 2017, which then basically created the right to refile within one year, which would have been May 18, 2018. I submit to the Court that there's basically four dates that are important for the role that you guys have here today. Can I just interrupt you for one second, going back to what you stated earlier? So our courts have discussed reinstatement and refiling almost in the same breath. When we're discussing 13-217, how does that affect your position? So my position is in the cases that I read with regard to 13-207 and 2109. When you look at 2109, it allows a plaintiff to dismiss a case. There is nothing in 2109 that talks about either reinstating or refiling a case. The bottom line is I know everyone files the voluntary dismissal under 2109, but it's actually 13-217 that actually saves the case and gives the plaintiff another year to refile. So the cases that I was looking at, I haven't found anything that comes anywhere close to what happened here. What ended up happening here was there was something that was filed within the year, and that was on April 23, 2018. And what was filed was plaintiff's notice of refiling complaint being reinstated within one year of voluntary dismissal. But in that filing, I submit to this Court that that is not commencing a new action. Number one, there was no fee paid for that. Number two, there was no summons issued. 518, 18 then came along. How about the fact that the case was dismissed? There was no motion to vacate it. Well, there was a motion to vacate it. How do you file an action when the – how can you file any action on a dismissed case without vacating the dismissal? And I agree, Your Honor. And the funny thing, it's not even a matter of doing that. Based upon the way that order was drafted, I could even understand seeking leave to file a motion to reinstate the case within a year. But that wasn't done either. There was simply just a notice that was filed that basically just said, we're filing this complaint. And when you file a complaint in the previously dismissed lawsuit, that's not a new action. That's actually nothing. You have even been given leave to do that. So you're doing that without any approval from the court. And that's, I think, where the problem becomes. Because then, almost five months to the day, the plaintiff's attorney did refile the case, got a new number under a 2018 – The dismissed case hinge on the fact that the statute section 13-217 says, may commence a new action within one year. The question is, what is a new action? Okay? Yes, sir. Okay. And when a case is dismissed, it's dismissed. You can't file anything on a dismissed case. And that's exactly what was done here. I understand that. Right. And that's why we believe that – I mean, you just look at the words of the statute. The words of the statute tells you what it is. You don't have to be a genius to figure that out. Your Honor, I agree with you. And we filed the motion to dismiss in the circuit court because we believe that the refiled action was actually on October 15, 2018, which was five months beyond the time allowed under 13-217. And when we did that, we briefed it. We went before Judge Johnson. Judge Johnson denied our motion. She actually, at that point, indicated that if we wanted to entertain a Supreme Court Rule 308 motion, we would do that. We did that. It was granted. She indicated that there was a question of law. She indicated that there was substantial grounds for difference of opinion. And obviously, depending on what this court's ruling is, it could material advance the termination of this litigation. And the bottom line is she gave us the 308 language. We then obviously filed our application to this court. We're all aware of that. We've read the record. We've read your briefs. Right. And that's – it's really – there's not a lot to talk about because it really is straightforward. And it's really a matter of applying the dates to the statute. And it's clearly evident that the refiled action or the one that commences a new action was filed in October of 2018. So the statute is clear and unambiguous? Correct. So following up on Justice Gordon's comments, may commence a new action. Is that language in the statute clear and unambiguous? I look at it as clear and unambiguous. You know, a new action is a new action. And when I certainly apply it in a case like this, then you are looking at when you – even the title of the motion – I'm sorry, the title of the notice that says reinstate the action. If you're reinstating something, you're reinstating something that's already there which makes it old. It's not a new action. A new action would be something that has not been filed before. And that was not done in this case. And besides that, for generations and generations, lawyers have always filed new actions after a voluntary dismissal. You're absolutely correct. I've been – I'm coming up on 30 years, and every time a case has been voluntarily dismissed, it has been refiled with a new number all within the statute of one year pursuant to 13217. And I'm past 60 years. Congratulations. And, you know, you know that. And that's exactly what was done. And unfortunately, the new action in this particular case wasn't filed until five months after the statute. Let's hear from the FLE and see what he has to say. Thank you, Your Honor. Thank you. Good morning, Your Honors. John DeRose for Mr. Eisner. That's not a mic. Judge, I'll speak up real loud. I'm sure you might get picked. No, no, yeah. Well, you know, that's not really a microphone. It just records the case, you know. And I want everybody to know that another member of this panel is Justice Lampkin. She is ill today, but she will listen to this case. So you have to speak up loud so she can hear that at some other time. Thank you, Your Honor. Your Honor, I think I caused a big comedy of errors here, and I'm sorry. But I could not. I thought I was doing right. I refiled the case within 24 days before the year ran. And I only did that before my client had finally decided if he was going to take these surgeries. When he finished the surgery in September on his cervical spine, I was wondering. They're not calling the case. And I called the clerk's office, and we had this problem with the new filing. We're all kind of stumbling through it at the time. And I said, I've been trying to get a case management conference before the court so I can ask for some of this issue. Nothing's happening. Well, they said, well, keep filing and try to get the judge to hear it. Well, the statute says may commence a new action within one year. If a case is dismissed, it's dismissed. If you want to vacate it to dismissal, that's another story. But may commence a new action means a new action. And for generations, people have been filing new cases because that's why there's no law on this. It's a very simple thing. It's very clear and unambiguous. May commence a new action means a new action. That means a new number, a new fee has to be paid. All those things have to be done. Judge, I did not know I had to take it under a brand-new number. Once I did that, the whole system, that's where I probably screwed up. But, Judge, I notified counsel, and he's been a wonderful attorney in the case. I notified him. Before the one year is up, I'm waiting for something to happen. Counsel called me back and said, I've got authority to represent my client. When finally you get something going, the court's office did not know what to do or if they did. Well, they're not lawyers over there. Judge, and I know that. You know, you might as well ask somebody on the street. I mean, they're not going to be able to give you a legal opinion. Only a lawyer can do that. Judge, but I'm a lawyer, and I practiced a couple of weeks too, and I didn't know that unless I pick a brand-new number, I'm not going to get anything done. So they kept saying, keep trying to do that. And then I just, on my own, I said I'd try their brand-new number, and then everything kicked in. All I know is, Judge, all the Supreme Court cases, and I learned this because of this case, they always recommend that this must be decided on its merits. And when you look at some of the Supreme Court positions, they say whether the defendant actually knew of the pendency of the action, I couldn't have done any more than notify counsel. See, the problem with that is our job here is to follow the law. And sometimes the law is very harsh, and sometimes it's very exact. And the statute says, may commence a new action within one year. A new action is the filing of a new case. It can't be the old case, because otherwise the legislator would have said that. And besides all of that, when a case is dismissed, how can you file something on a dismissed lawsuit? You have to vacate it first. That's elementary. If a case is dismissed, it remains dismissed until a court rules otherwise. And you've got to file a petition to vacate it if you want to do that on an old action. But none of those things were done here. I mean, we can't, like a circuit judge would try to give you a break here and there, you know, but we're three judges who decide a case. We have to decide it on the law and the evidence, not on, you know, the good faith of a lawyer or a lawyer makes a mistake. We can't help them. But as the Supreme Court said in the opinions I cited in my brief, and as some of the justices of this district have said, the judge has control over it. He can look past those things and let the case be reinstated, which is just what Judge Johnson did. And I cite those cases in my brief. But you didn't ever seek leave to reinstate the case, though, did you? No, I did not, Judge. Well, that's what you have to do. You have to vacate the dismissal, leave the file, you know, and action within the action. That would be another story. But, you know, you didn't do any of those things. So any way you look at this, you know, if we could decide and make every case to be decided on the merits, we would do it, but the law doesn't give us, you know, any openings for that. You see, the defendants have certain rights and the plaintiffs have certain rights. They have equal rights, both sides. And it's the defendant's right here to make a motion to dismiss when the rules have not been followed. But, Your Honor, then we'd still have the right today by the cases I've cited, Your Honor. But none of those cases have anything to do with the issue that's before us, you see. Sometimes when a statute is ambiguous and, you know, we can interpret it different ways, we have some leeway. But this statute does not appear to be ambiguous in any way. Your Honor, I suggest it was ambiguous through this long practicing attorney. I never saw anywhere in there where it said you had to have a brand-new case number. That's what starts the whole thing. Well, that's what it means, may commence a new action. It may mean that, but it doesn't say that. Why don't we have a rule that says you must do it under a new case number? Then it would have been very simple for me. That's right. It would have been more clear. It would have been more clear, but unfortunately this appears to be clear within itself. Judge, that's why I'm asking for the special circumstances here. I understand that. When the law was not clear to practitioners, that we not be held bound by it. I understand what you're saying. And we will consider your argument, believe me. Thank you, Judge. Thank you, Judge. Absolutely love the rebuttal. Your Honor, in light of obviously what transpired today, I don't have any rebuttal. I think we've covered everything. Thank you very much. Thank you, Your Honor. All right. I think the lawyers, you know, you gave us an interesting issue here. And I think both sides did a very good job on their positions. And we will have an opinion or an order to you very shortly. The Court is adjourned.